In re:                                                          Case No. 13-00198-RNO
Sterling White, Sr                                              Chapter 13
Dollicia Ann White
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Aug 17, 2017
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
          +COMMONWEALTH OF PENNSYLVANIA,  PENNSYLVANIA AUDITOR GENERAL,  ATTN BARBARA BRIGHTBILL,
           PO BOX 8006,  HARRISBURG, PA 17105-8006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
          Gary J Imblum   on behalf of Mediator Gary  Imblum gary.imblum@imblumlaw.com,
          gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
          ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
          Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Mark E Morrison   on behalf of Creditor   IRS Usapam.bankr-harrisburg@usdoj.gov
          Steven P. Miner   on behalf of Joint Debtor Dollicia Ann White sminer@daleyzucker.com,
          aewing@daleyzucker.com
          Steven P. Miner   on behalf of Debtor Sterling  White, Sr sminer@daleyzucker.com,
          aewing@daleyzucker.com
          Thomas I Puleo   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William Philip Carlucci   on behalf of Creditor   Auto Trakk, LLC wcarlucci@elionlaw.com,
          wcarlucci@elionwayne.com
                                                                          TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**HARRISBURG DIVISION**

In Re: : Case No. 1-13-bk-00198-RNO
    Sterling White, Sr., and : Chapter 13
    Dollicia Ann White :
                   Debtor(s) :

## ORDER

Upon Consideration of Debtors' Motion to Terminate Wage Attachment filed on

behalf of Sterling and Dollicia Ann White, Sr., the Motion is granted and Debtor's

employer is hereby directed to cease wage attachment.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: August 16, 2017