Certificate Number: 01721-PAM-DE-030088141

Bankruptcy Case Number: 13-00198


01721-PAM-DE-030088141

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 27, 2017, at 3:34 o'clock PM EDT, Dollicia White completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 27, 2017   By: /s/Noelle Irving

Name: Noelle Irving

Title: Counselor