In re:                                                                    Case No. 13-00198-RNO
Sterling White, Sr                                                        Chapter 13
Dollicia Ann White
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 2               Date Rcvd: Oct 31, 2017
                              Form ID: 3180WJO2          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
```
db             #+Sterling White, Sr,    3816 Birchwood Circle,    Harrisburg, PA 17110-9385
jdb             +Dollicia Ann White,    3816 Birchwood Circle,    Harrisburg, PA 17110-9385
md              +Gary Imblum,    Imblum Law Offices, P.C.,    4615 Derry Street,    Harrisburg, PA 17111-2660
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                 Lewisville, TX  75067)
4246115         +AMERILOAN,    5111 N. SCOTTSDALE ROAD,    SCOTTSDALE, AZ 85250-7075
4247312         +Auto Trakk, LLC,    1500 Sycamore Road,    Suite 200,    Montoursville, PA 17754-9416
4263771          Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4246118         +EXTRAFUNDS,    PO BOX 528,    HAYS, MT 59527-0528
4246122         +J.P HARRIS ASSOCIATES,    PO BOX 226,    MECHANICSBURG, PA 17055-0226
4246123         +KML LAW GROUP PC,    701 MARKET STREET,    SUITE 500 - BNY INDEPENDENCE,
                 PHILADELPHIA, PA 19106-1538
4246124         +NATIONAL PAYDAY LOAN,    515 G SOUTHEAST,    MIAMI, OK 74354-8224
4246126         +PP&L,    827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4246127         +QXLONLINE.COM,    15503 VENTURA BLVD,    STE 300,    ENCINO, CA 91436-3127
4246128         +SUQUEHANNA TOWNSHIP,    C/O JP HARRIS TAX COLLECTOR,    PO BOX 226,
                 MECHANICSBURG, PA 17055-0226
4246129         +SUSQUEHANNA TOWNSHIP SCHL DIST,    1900 LINGLESTOWN ROAD,    HARRISBURG, PA 17110-3301
4251991         +Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: AISACG.COM Oct 31 2017 19:03:00      Capital One Auto Finance,    PO Box 201347,
                 Arlington, TX 76006-1347
cr              +EDI: IRS.COM Oct 31 2017 19:04:00      IRS,    600 Arch Street Room 5200,
                 Philadelphia, PA 19106-1611
4246116         +E-mail/Text: rbaldwin@autotrakk.com Oct 31 2017 19:18:59      AUTOTRACK,    1500 SYCAMORE ROAD,
                 SUITE 200,    MONTOURSVILLE, PA 17754-9416
4246117         +EDI: BANKAMER.COM Oct 31 2017 19:04:00      BANK OF AMERICA,    7105 CORPORATE DRIVE,    PTX C-35,
                 PLANO, TX 75024-4100
4303900         +EDI: JEFFERSONCAP.COM Oct 31 2017 19:04:00      COLLECTO US ASSET MANAGEMNT, INC.,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
4264270         +EDI: AISACG.COM Oct 31 2017 19:03:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
4246119         +EDI: AMINFOFP.COM Oct 31 2017 19:03:00      FIRST PREMIER BANK,    601 S MINNESOTA AVE,
                 SIOUX FALLS, SD 57104-4868
4246120         +E-mail/Text: bankruptcygpl@greatplainslending.com Oct 31 2017 19:18:44      GREATPLAINS LENDING,
                 ATTN: CUSTOMER SUPPORT,    1050 EAST 2ND STREET BOX 500,    EDMOND, OK 73034-5313
4317136          EDI: RESURGENT.COM Oct 31 2017 19:04:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4246125         +Fax: 866-826-7962 Oct 31 2017 19:20:11      ONECLICKCASH,    52946 HIGHWAY 12,    SUITE 3,
                 NIOBRARA, NE 68760-7085
4285242         +E-mail/Text: csidl@sbcglobal.net Oct 31 2017 19:18:43      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Auto Trakk, LLC,    1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
cr*             +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
4561810*        +Capital One Auto Finance,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
4246121*         INTERNAL REVENUE SERVICE,    PO BOX 7346,    PHILADELPHIA, PA  19101-7346
4298291*       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas TX 75261-9741)
                                                                                              TOTALS: 0, * 5, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:

    Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    Gary J Imblum   on behalf of Mediator Gary Imblum gary.imblum@imblumlaw.com,
    gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
    Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Joshua I Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Mark E Morrison   on behalf of Creditor   IRS Usapam.bankr-harrisburg@usdoj.gov
    Steven P. Miner   on behalf of Debtor 2 Dollicia Ann White sminer@daleyzucker.com, aewing@daleyzucker.com
    Steven P. Miner   on behalf of Debtor 1 Sterling White, Sr sminer@daleyzucker.com, aewing@daleyzucker.com
    Thomas I Puleo   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov
    William Philip Carlucci   on behalf of Creditor   Auto Trakk, LLC wcarlucci@elionlaw.com, wcarlucci@elionwayne.com

    TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sterling White Sr** | Social Security number or ITIN xxx–xx–2581 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dollicia Ann White** | Social Security number or ITIN xxx–xx–9871 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13–bk–00198–RNO** | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Dollicia Ann White
   aka Dollicia Ann White–Macon, aka Dollicia A
   White–Macon

                                                      **By the court:**

                                                      *Robt N. Opel II* (signature)

October 31, 2017

                                                      Honorable Robert N. Opel
                                                      United States Bankruptcy Judge

                                                      By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                      **For more information, see page 2**

Form 3180WJO2                         **Chapter 13 Discharge**                         page 1

Case 1:13-bk-00198-RNO   Doc 98   Filed 11/02/17   Entered 11/03/17 00:49:19   Desc
                    Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**