```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                     Case No. 13-00198-RNO
Sterling White, Sr                                                         Chapter 13
Dollicia Ann White
          Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 2       Date Rcvd: Dec 01, 2017
                              Form ID: fnldecnd          Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db            #+Sterling White, Sr,    3816 Birchwood Circle,    Harrisburg, PA 17110-9385
jdb            +Dollicia Ann White,    3816 Birchwood Circle,    Harrisburg, PA 17110-9385
cr              Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,   Houston, TX 77210-4360
md             +Gary Imblum,   Imblum Law Offices, P.C.,    4615 Derry Street,    Harrisburg, PA 17111-2660
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
4246115        +AMERILOAN,    5111 N. SCOTTSDALE ROAD,    SCOTTSDALE, AZ 85250-7075
4247312        +Auto Trakk, LLC,   1500 Sycamore Road,    Suite 200,    Montoursville, PA 17754-9416
4246117        +BANK OF AMERICA,    7105 CORPORATE DRIVE,    PTX C-35,   PLANO, TX 75024-4100
4263771         Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
4264270        +Capital One Auto Finance,    c/o AIS Portfolio Services LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
4246118        +EXTRAFUNDS,   PO BOX 528,    HAYS, MT 59527-0528
4246119        +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS, SD 57104-4868
4246122        +J.P HARRIS ASSOCIATES,    PO BOX 226,   MECHANICSBURG, PA 17055-0226
4246123        +KML LAW GROUP PC,    701 MARKET STREET,   SUITE 500 - BNY INDEPENDENCE,
                 PHILADELPHIA, PA 19106-1538
4246124        +NATIONAL PAYDAY LOAN,    515 G SOUTHEAST,    MIAMI, OK 74354-8224
4246126        +PP&L,   827 HAUSMAN ROAD,    ALLENTOWN, PA 18104-9392
4246127        +QXLONLINE.COM,    15503 VENTURA BLVD,    STE 300,   ENCINO, CA 91436-3127
4246128        +SUQUEHANNA TOWNSHIP,    C/O JP HARRIS TAX COLLECTOR,    PO BOX 226,
                 MECHANICSBURG, PA 17055-0226
4246129        +SUSQUEHANNA TOWNSHIP SCHL DIST,    1900 LINGLESTOWN ROAD,    HARRISBURG, PA 17110-3301
4251991        +Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 01 2017 19:02:38
                 Capital One Auto Finance,   c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 01 2017 19:02:38
                 Capital One Auto Finance,   PO Box 201347,    Arlington, TX 76006-1347
cr             +E-mail/Text: cio.bncmail@irs.gov Dec 01 2017 18:59:40     IRS,   600 Arch Street Room 5200,
                 Philadelphia, PA 19106-1611
4246116        +E-mail/Text: rbaldwin@autotrakk.com Dec 01 2017 19:00:04      AUTOTRACK,    1500 SYCAMORE ROAD,
                 SUITE 200,   MONTOURSVILLE, PA 17754-9416
4303900        +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 01 2017 18:59:52
                 COLLECTO US ASSET MANAGEMNT, INC.,   c o Jefferson Capital Systems LLC,     PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
4246120        +E-mail/Text: bankruptcygpl@greatplainslending.com Dec 01 2017 18:59:55      GREATPLAINS LENDING,
                 ATTN: CUSTOMER SUPPORT,    1050 EAST 2ND STREET BOX 500,    EDMOND, OK 73034-5313
4317136         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 01 2017 19:02:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4246125        +Fax: 866-826-7962 Dec 01 2017 19:08:35     ONECLICKCASH,    52946 HIGHWAY 12,   SUITE 3,
                 NIOBRARA, NE 68760-7085
4285242        +E-mail/Text: csidl@sbcglobal.net Dec 01 2017 18:59:55      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Auto Trakk, LLC,    1500 Sycamore Road, Suite 200,   Montoursville, PA 17754-9416
4561810*       +Capital One Auto Finance,    c/o AIS Portfolio Services LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
4246121*        INTERNAL REVENUE SERVICE,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4298291*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,   Dallas TX 75261-9741)
                                                                                TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Mediator Gary  Imblum gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark E Morrison    on behalf of Creditor    IRS Usapam.bankr-harrisburg@usdoj.gov
              Steven P. Miner    on behalf of Debtor 2 Dollicia Ann White sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Steven P. Miner    on behalf of Debtor 1 Sterling  White, Sr sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Thomas I Puleo    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William Philip Carlucci    on behalf of Creditor    Auto Trakk, LLC wcarlucci@elionlaw.com,
               wcarlucci@elionwayne.com
                                                                                             TOTAL: 10
```

**fnldec** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Sterling White Sr<br>3816 Birchwood Circle<br>Harrisburg, PA 17110 | Chapter 13<br>Case No. 1:13−bk−00198−RNO |

Dollicia Ann White
aka Dollicia Ann White−Macon, aka Dollicia A White−Macon
3816 Birchwood Circle
Harrisburg, PA 17110

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2581
xxx−xx−9871

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for Sterling White Sr, Debtor in accordance with §1328 of the Bankruptcy Code.

Dated:  December 1, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk